## EXHIBIT A

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JORGE MONTES, individually, HILDA MONTES, individually, and JORGE and HILDA MONTES, as parents and next friend of Claudio Montes, a minor, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>MCT TRANSPORTATION, LLC, DANIEL BULTHUIS, and COMCAR INDUSTRIES, INC. )<br><br>Defendants. ) | Case No. 18 cv 8326<br><br>Judge Jorge L. Alonso<br><br>Magistrate Judge Maria Valdez |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the parties, Plaintiffs Jorge Montes, individually, Hilda Montes, individually, and Jorge and Hilda Montes, as parents and next friend of Claudio Montes, a minor, and Defendants MCT Transportation, LLC, Daniel Bulthuis, and Comcar Industries, Inc., and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulate to the dismissal of the above-captioned action with prejudice. It is further stipulated that the parties shall each bear their own attorneys' fees and costs.

(*Signatures to follow on next page*)

Date: January 25, 2021

/s/ Matthew A. Passen

Matthew A. Passen
mpassen@passenpowell.com
Stephen M. Passen
spassen@passenpowell.com
PASSEN & POWELL
1 East Wacker Drive, Suite 1750
Chicago, Illinois 60601
Telephone: (312) 527-4500

*Attorneys for Plaintiffs*

Date: January 25, 2021

/s/ Dan L. Boho

Dan L. Boho
dboho@hinshawlaw.com
HINSHAW & CULBERTSON LLP
151 N. Franklin Street, Suite 2500
Chicago, Illinois 60606
Telephone: (312) 704-3000
Facsimile: (312) 704-3001

*Attorneys for Defendants*

3260\307119316.v1